Probation Form No. 35
(1/92)

Report and Order Terminating Probation /
Supervised Release
Prior to Original Expiration Date

UNITED STATES DISTRICT COURT
for the
DISTRICT OF ALASKA

UNITED STATES OF AMERICA

V

Case No. 3:03-cr-0068-CR-AHB

Temutisa Sauafea

RECEIVED

MAR 2 7 2008

CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

    On November 5, 2003, the above-named was placed on probation for a period of five years by the Honorable A. Harry Branson, U.S. Magistrate Judge, as a result of a conviction for False Statements to Obtain Unemployment Compensation, a misdemeanor, in violation of 18 U.S.C. § 1919. The defendant has maintained a residence, employment, and contact with the probation service. The defendant has satisfied the special assessment and restitution in this case of $6,174, making her final payment on March 12, 2008. Therefore, the defendant has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Temutisa Sauafea be discharged from supervision. The U.S. Attorney's Office has been consulted and has no objection to an early termination from supervision.

Respectfully submitted,

REDACTED SIGNATURE      3/27/08
Timothy M. Astle            Date
U.S. Probation/Pretrial Services Officer

REDACTED SIGNATURE
Eric D. Odegard
Supervising U.S. Probation Officer

ORDER OF THE COURT

    Pursuant to the above report, it is ordered that the defendant is discharged from probation and that the proceedings in the case be terminated.

Date this 27th day of March, 2008.

REDACTED SIGNATURE
John D. Roberts
U.S. Magistrate Judge