

# United States Department of Justice
## United States Marshals Service
### *District of Alaska*

Federal Building and U.S. Courthouse
222 West 7th Avenue  #28,  Room 170
Anchorage, Alaska    99513-7568

**RECEIVED**
**MAY 28 2008**

Memorandum To:   US District Court for the District of Alaska

From:   U.S. Marshals Service

Subject:   **3:03-CR-068** Original Writ of Execution

Date:   May 21, 2008


The attached original writ is being returned to your office.  No further action will be take on this writ.  All process has been previously returned to the Clerk of Court.

Linda M. Cranmer
Civil Administrator/
Purchasing Agent

ORIGINAL

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 3:03-CR-00068-AHB |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | WRIT OF EXECUTION ON PERMANENT |
| TEMUTISA S. SAUAFEA, | ) | FUND DIVIDEND |
| | ) | |
| Defendant. | ) | |

TO THE UNITED STATES MARSHAL FOR THE DISTRICT OF ALASKA:

On November 5, 2003, judgment was imposed in the above-entitled court and action, in favor of the United States of America as judgment creditor and against TEMUTISA S. SAUAFEA as judgment debtor, for

$6,174.00 restitution

$25.00    special assessments

$6,199.00 JUDGMENT AS ENTERED

WHEREAS, according to an affidavit or memorandum of costs after judgment filed herein, it appears that further sums have accrued since the entry of judgment, to-wit:

$155.00    accrued costs.

CREDIT must be given for payments and partial satisfactions in the amount of:

$3,866.56 which is to be first credited against the judgment as entered, with any excess credited against any accrued penalties, interest, and costs, leaving a net balance of:

$2,487.44 ACTUALLY DUE on April 16, 2007, of which $2,332.44 is due on the judgment as entered and bears no interest, to which must be added the commissions and costs of the officer executing this writ.

THEREFORE, IN THE NAME OF THE UNITED STATES OF AMERICA, you are hereby commanded to levy upon and seize and take into execution the Alaska Permanent Fund Dividend of the said debtor, sufficient, subject to execution, to satisfy said judgment, interest and increased interests, costs and increased costs.

DATED this 27th day of April, 2007 at Anchorage, Alaska.

IDA ROMACK
Clerk of Court

By:    Redacted Signature
       Deputy Clerk

2